## CASE ANNOUNCEMENTS

*November 16, 2010*

[Cite as *11/16/2010 Case Announcements*, 2010-Ohio-5535.]

## MOTION AND PROCEDURAL RULINGS

**2010–1533.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 09–1089–EL–POR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Columbus Southern Power Company on behalf of appellee,

It is ordered by the court that the motion is granted.